UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AUSBERTO OLAGUE, individually and dba Alley Bar, <br><br> Defendant. | CASE NO. CV 99-9021 RMT (SHx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant AUSBERTO OLAGUE, individually and dba Alley Bar, the Default Judgment entered on 8/2/00 (copy attached) is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment                                         $6,800.00
    b. Costs after judgment                                  $ -0-
    c. Attorneys fees:                                          $ -0-
    d. Subtotal (*add a and b*)                          $6,800.00
    e. Credits after judgment                           $ -0-
    f. Subtotal (*subtract d from c*)            $6,800.00
    g. Interest after judgment                        $1,700.00
    h. Fee for filing renewal application     $ -0-
    i. **Total renewed judgment** (*add e, 5, and g*)    $8,500.00

DATED: 5/26/10                    CLERK, by Lori Muraoka, Deputy

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-9021 RMT (SHx